Respondent, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

SEWARD W. EHRICH, Respondent, v. RENATO CINQUE and Another, Appellants. — Order modified by granting the motion to vacate notice of examination as to items VI, VIII and XI, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

SEWARD W. EHRICH, Respondent, v. RENATO CINQUE and Another, Appellants. — Order modified by granting the motion to vacate notice of examination as to items VI, VIII and XI, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

CATHERINE COFFEY, Respondent, v. THOMAS JOHN COFFEY, Appellant.— Order reversed and motion denied. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

RICHARD W. SADLER and Another, Respondents, v. GREAT KILLS IMPROVEMENT CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

ARTHUR R. BRODY, Appellant, v. JUANITA MARTEN, Respondent.— Order modified by striking out the provision therein appointing a referee to take proof of the value of the chattels and of the damage sustained because of their detention, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

In the Matter of the Application of OWEN P. MULDOON, Appellant, to Set Aside, etc., Confession of Judgment in Favor of NEW AMSTERDAM CASUALTY COMPANY, Respondent, Entitled: NEW AMSTERDAM CASUALTY COMPANY, Plaintiff, v. OWEN P. MULDOON and Another, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

GEORGE H. DALRYMPLE, Respondent, v. " EDWARD " E. RISLEY, First Name Being Fictitious, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

VANDERBILT AMUSEMENT CO., INC., Respondent, v. EDWARD ROYCE, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

KATHRYN HARDIMAN, Respondent, v. FRANCIS J. HARDIMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

ROY A. ANDERSON, Appellant, v. CHARLES A. STONEHAM and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

MISCHA ELMAN, Appellant, v. FLORENZ ZIEGFELD, JR., Respondent.— Order